# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2256
Lower Tribunal No. SBHC 2022/2023-96

_____

Z.G.,

Appellant,

v.

DR. BRENDA LONGSHORE, SUPERINTENDENT OF SCHOOLS FOR HIGHLANDS COUNTY,

Appellee.

_____

Appeal from the School Board of Highlands County.

April 9, 2024

PER CURIAM.

AFFIRMED.

WHITE and BROWNLEE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Nathan Soowal, of Bilello & Soowal, Pompano Beach, for Appellant.

Edward G. Guedes, of Weiss Serota Helfman Cole & Bierman, P.L., Coral Gables, and David M. Delaney, of Weiss Serota Helfman Cole & Bierman, P.L., Gainesville, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED